DISTRICT OF OREGON
**F I L E D**
October 03, 2014
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

Eugene Division

| | | |
|---|---|---|
| In re: | ) | Case No. 12-63884-tmr7 |
| | ) | |
| Berjac of Oregon, | ) | Adv. Proc. No. 14−06181-tmr |
| | ) | |
| Debtor. | ) | STIPULATED MOTION AND ORDER FOR |
| | ) | EXTENSION OF TIME IN WHICH TO |
| Thomas A. Huntsberger, Trustee of the | ) | APPEAR IN RESPONSE TO ADVERSARY |
| Chapter 7 Bankruptcy Estate of Berjac of | ) | COMPLAINT |
| Oregon, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PACIFIC BENEFIT CONSULTANTS, INC., | ) | |
| an Oregon corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff Thomas A. Huntsberger, the Chapter 7 Trustee, through his counsel Brent G. Summers, and Defendant Pacific Benefit Consultants, Inc., an Oregon corporation, through its counsel, Julia I. Manela, hereby stipulate to and request the Court **for an Order extending the deadline for Defendant to appear in the above Adversary Proceeding until November 10,**

**Page 1 of 2** – STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME IN WHICH TO APPEAR IN RESPONSE TO ADVERSARY COMPLAINT

Tarlow Naito & Summers, LLP
150 SW Harrison Street, Suite 200
Portland OR 97201
Ph: 503.968.9000  Fax: 503.968.9002
*Stipulated Ord for Extension of Time\*

**2014**.

The Parties have engaged in preliminary settlement discussions and wish to continue them and the additional time will facilitate these discussions, and possibly stave expense for both the Bankruptcy Estate and the Defendant. The Adversary Complaint was filed on August 28, 2014 and served on the Defendant on September 3, 2014.

# # #

IT IS SO STIPULATED:

TARLOW NAITO & SUMMERS, LLP                THE SCOTT LAW GROUP


By /s/ Brent G. Summers                               By /s/ Julia Manela
    Brent G. Summers, OSB #824060              Julia Manela, OSB #023771
    Of Attorneys for Plaintiff                             Attorney for Defendant


**PRESENTED BY**:

TARLOW NAITO & SUMMERS, LLP


By /s/ Brent G. Summers
    Brent G. Summers, OSB #824060
    150 SW Harrison St., Ste 200
    Portland, OR 97201
    Telephone:  503.968.9000
    Of Attorneys for Plaintiff

**Page 2 of 2** – STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME IN WHICH TO APPEAR IN RESPONSE TO ADVERSARY COMPLAINT

Tarlow Naito & Summers, LLP
150 SW Harrison Street, Suite 200
Portland OR 97201
Ph:  503.968.9000  Fax:  503.968.9002
*Stipulated Ord for Extension of Time\*